# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DONNA GAIL PATTERSON, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | Case No. 5:12CV63 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2013, Order.

June 17, 2013

Frank G. Johns, Clerk
United States District Court